[No. 44868-8-II.   Division Two.   April 1, 2014.]

*In the Matter of the Welfare of* A.B.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*,
v. E.I., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-7-00056-5, Steven B. Dixon, J., entered April 19, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J. Now published at 181 Wn. App. 45.

[No. 30226-1-III.   Division Three.   April 1, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS MICHAEL KLINDWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 07-1-50040-4, Bruce A. Spanner, J., entered September 14, 2011. *Affirmed* by unpublished opinion per Price, J. Pro Tem., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 69247-0-I.   Division One.   April 7, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ERIN CRITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01157-0, David A. Kurtz, J., entered August 23, 2012. *Affirmed* by unpublished per curiam opinion.